UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN BOGASKY,

    Plaintiff,

v.

    Case No. 1:24-cv-980

    HON. JANE M. BECKERING

UNKNOWN PARTY, et al.,

    Defendants.
_____/

**ORDER**

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 11) on October 22, 2024, recommending that the Court dismiss Plaintiff's complaint because it seeks relief from a Defendant immune from that relief and because it fails to state a claim upon which relief can be granted, and recommending that, should Plaintiff appeal this decision, the Court assess the $605.00 appellate filing fee. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 11) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's complaint is DISMISSED because it seeks relief from a Defendant immune from that relief and because it fails to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: November 12, 2024          /s/ Jane M. Beckering
                                                          JANE M. BECKERING
                                                          United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.